**STATE of Missouri, Respondent,**

v.

**Moreno Antonio SALINAS, Appellant.**

**WD 76095**

Missouri Court of Appeals, Western District.

Order filed: November 12, 2014

Motion for Rehearing and/or Transfer to Supreme Court Denied December 23, 2014

Application for Transfer Denied March 31, 2015

Gregory L. Barnes, Jefferson City, for Respondent

Jonathan Sternberg, Kansas City, for Appellant

Before Division Two: Victor C. Howard, Presiding Judge, James E. Welsh, Judge and Anthony Rex Gabbert, Judge

## ORDER

PER CURIAM:

After deliberation, a jury convicted Moreno Salinas of one count of first-degree murder. Salinas now appeals, alleging five points of error. Salinas argues the admission of evidence regarding Department of Social Services records through the testimony of witness Cathy Stevson violated section 454.440.9 and the Confrontation Clause. Salinas also argues that admission of police testimony about what his cousin Allen Green said in his statement to police violated Confrontation Clause. Salinas contends that the submission of a voluntary intoxication instruction was not supported by substantial evidence. Finally, Salinas argues the jury lacked sufficient evidence to convict.

Affirmed. Rule 30.25(b).